No. 561. MARINE INSURANCE CO., LTD. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph T. McGowan* for petitioner. *Acting Solicitor General Spritzer, Acting Assistant Attorney General Eardley, John C. Eldridge* and *Robert E. Kopp* for the United States.

No. 563. HENDERSON, EXECUTOR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wright Matthews* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin, Meyer Rothwacks* and *Elmer J. Kelsey* for the United States.

No. 565. FRIEDMAN ET AL. *v.* WALLACH ET AL. Sup. Ct. Mo. Certiorari denied. *David K. Breed* for petitioners.

No. 566. ROYAL AMERICAN INDUSTRIES, INC., ET AL. *v.* MURPHY ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. *Robert M. Ervin* for petitioners. *Phillip Goldman* for respondents.

No. 569. CHINA UNION LINES, LTD. *v.* STATES STEAMSHIP CO. C. A. 9th Cir. Certiorari denied. *Francis L. Tetreault* for petitioner. *Graydon S. Staring* for respondent.

No. 577. ALLIS *v.* ALLIS ET AL. C. A. 5th Cir. Certiorari denied. *Allen Butler* for petitioner. *Paul Carrington* for respondents.

No. 578. BOSWELL, TRUSTEE *v.* SOSEBEE ET AL. Sup. Ct. Ark. Certiorari denied. *Griffin Smith* for petitioner. *William J. Smith* for respondents.